# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAVIOUS L. HUGHES**                                                                           **PLAINTIFF**
**#160322**

**VS.**                                    **4:20-cv-00790-BRW-JJV**

**MARGRET HOGG,** *et al.*                                                     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted;

Plaintiff's claims against Defendants Hogg and Burgess are DISMISSED without prejudice for failure to state a claim upon which relief may be granted;

Plaintiff's Complaint (Doc. No. 2) is DISMISSED;

This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g); and

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 16th day of July, 2020.

                                                                  Billy Roy Wilson
                                                                  UNITED STATES DISTRICT JUDGE