# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAVIOUS L. HUGHES**                                                              **PLAINTIFF**
**#160322**

**VS.**                                  **4:20-cv-00790-BRW**

**MARGRET HOGG,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 16th day of July, 2020.

                                                           Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE